### Robert E. SANFORD, Appellant,

v.

### NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES; Robert P. Houston, Director of Correctional Services; Fred Britten, Warden at the Tecumseh State Corr. Inst.; Unknown Sherman, Unit Manager of SMU at Tecumseh State Corr. Inst. et al., Appellees.

### No. 10–2141.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 7, 2010.

Filed: Sept. 9, 2010.

Robert E. Sanford, Tecumseh, NE, Pro Se.

Before WOLLMAN, MELLOY, and GRUENDER, Circuit Judges.

PER CURIAM.

Nebraska inmate Robert E. Sanford appeals the district court's[1] 28 U.S.C. § 1915A dismissal without prejudice of his complaint under 42 U.S.C. § 1983 and state law. Following de novo review, *see Cooper v. Schriro,* 189 F.3d 781, 783 (8th Cir.1999) (per curiam), we conclude that Sanford's federal due-process claim was properly dismissed, because it was based on his placement in administrative segregation, which did not amount to an atypical and significant hardship. *See Orr v. Larkins,* 610 F.3d 1032, 1034 (8th Cir.2010) (per curiam). We also find that the court did not abuse its discretion in declining to exercise supplemental jurisdiction over Sanford's remaining state-law claim. *See Gibson v. Weber,* 431 F.3d 339, 342 (8th Cir.2005).

Accordingly, we affirm the district court's judgment. *See* 8th Cir. R. 47B.

1. The Honorable Lyle E. Strom, United States District Judge for the District of Nebraska.